1
2
3
4
5
6

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDAL LANEY, | ) | No. C 09-05031 JW (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| L. WOLCOTT, | ) ) | |
| Defendant. | ) ) ) | (Docket Nos. 2, 3 & 4) |

Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in Lassen County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the Eastern District for a ruling on the pending motions in this matter. (Docket Nos. 2, 3 & 4.)

The clerk shall transfer this matter and terminate all pending motions as moot.

DATED: March 1, 2010

JAMES WARE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JW\CR.09\Laney05031_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDAL LANEY,

        Plaintiff,

  v.

L. WOLCOTT,

        Defendant.

Case Number: CV09-05031 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/8/2010  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randal Laney K-42861
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

Dated:   3/8/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk