IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDAL LANEY,

        Plaintiff,                No. 2:10-cv-0593 JFM (TEMP) (PC)

    vs.

L. WOLCOTT,

        Defendant.        <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's May 31, 2011, request

2  for the appointment of counsel is denied.

3  DATED: June 28, 2011.

4

5  _____

6  UNITED STATES MAGISTRATE JUDGE

7  /kly
   lane0593.31
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26