1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RANDAL LANEY,

11              Plaintiff,                    No. S-10-0593 CKD P

12        vs.

13   L. WOLCOTT,                              <u>ORDER</u>

14              Defendant.

15   _____/

16              Pending are three motions for extension of the discovery deadline: one by

17   defendant and two by plaintiff.  Good cause appearing, defendant's motion for a thirty-day

18   extension of the discovery deadline and to take plaintiff's deposition by remote means is granted.

19              The parties may conduct discovery until August 29, 2011.  Defendant may take

20   plaintiff's deposition by video conference or telephone if his counsel is unable to personally

21   appear at the deposition.

22              The extension of the discovery deadline until August 29, 2011 means that both of

23   plaintiff's motions for extensions of time are effectively granted, as in both motions plaintiff

24   sought an extension of the deadline until August 24, 2011.

25   \\\\

26   \\\\

1

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Defendant's July 19, 2011 motion for extension of time (Dkt. No. 29) is granted;

2. Plaintiff's July 21, 2011 motion for extension of time (Dkt. No. 30) is granted;

3. Plaintiff's August 15, 2011 motion for extension of time (Dkt. No. 32) is granted.

Dated: August 19, 2011

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
lane0593.eot