IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDAL LANEY,

    Plaintiff,                     No. CIV-S-10-0593 CKD P

    vs.

L. WOLCOTT,

    Defendant.                  ORDER

_____/

       On November 21, 2011 defendant filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 4, 2012

                                _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

de
lane0593.46osc

1